**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DAVID VIELE et al.**                                                                                          **PLAINTIFFS**

**v.**                                        **CASE NO. 4:15CV00503 BSM**

**LARRY E. PETERS et al.**                                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, this case is hereby dismissed. Plaintiffs' claims for injunctive relief are dismissed with prejudice, and plaintiffs' remaining state law claims are dismissed without prejudice.

DATED this 12th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE